UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES -- GENERAL

Case No.   CV-16-7442-R                                                    Date: JANUARY 13, 2017  
BK Case No.  14-bk-14758-MT  
Adv. Case No. 1:15-ap-01123-MT

Title:   In Re Gordon Duane Nowlin  
         Anthony and Edith Fox -v- Nancy Zamora, et al.
================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

  Christine Chung          None Present  
  Courtroom Deputy         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

 None              None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

  Pursuant to Plaintiffs and Appellant's Anthony and Edit Fox's Withdrawal and Request for Dismissal of Appeal filed January 12, 2017 (Dckt. No. 5), the above-entitled action is hereby dismissed. All dates are hereby vacated and off calendar, and the Clerk's Office is directed to close this case (JS-6).

  IT IS SO ORDERED.

MINUTES FORM 11             Initials of Deputy Clerk ___cch___  
CIVIL -- GEN